**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Angela Zanin-Wog (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguilerargroup.com
azanin@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIDLEWOOD 44, a California limited liability company; TRC DEVELOPMENT CORPORATION dba AVALON HOMES, a California corporation, and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | Case No. 8:13-cv-01593-AG-DFM<br>[Assigned to the Honorable Andrew J. Guilford]<br><br>**ORDER TO DISMISS DEFENDANT BRIDLEWOOD 44, LLC and TRC DEVELOPMENT CORPORATION dba AVALON HOMES**<br><br>Trial: Not Yet Set |

Pursuant to stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY, and Defendant BRIDLEWOOD 44, LLC and TRC DEVELOPMENT CORPORATION dba AVALON HOMES ("BRIDLEWOOD") and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant BRIDLEWOOD, only, is dismissed without prejudice, with each party to bear their own costs and fees.

Dated: December 9, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　　Judge of the District Court

1

CASE NO.: 8:13-cv-01539-AG-DFM
[PROPOSED] ORDER TO DISMISS